**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Eastern District__   __New York__
                        (State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  DANNY 39TH AVENUE LLC.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  __ __ – __81__ – __4833579__ __ __ __ __

4. **Debtor's address**

   **Principal place of business**
   112-10 39TH AVENUE
   Number     Street
   APT 1
   FLUSHING          NY      11368
   City              State   ZIP Code

   QUEENS NY
   County

   **Mailing address, if different from principal place of business**
   _____
   Number     Street
   _____
   P.O. Box
   _____
   City   State   ZIP Code

   **Location of principal assets, if different from principal place of business**
   _____
   Number     Street
   _____
   _____
   City   State   ZIP Code

5. **Debtor's website** (URL)  _____

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 1

Debtor   DANNY 39TH AVENUE LLC.                              Case number (*if known*)_____
         Name

6. **Type of debtor**
   - [X] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - [ ] Partnership (excluding LLP)
   - [ ] Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - [X] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - [ ] Railroad (as defined in 11 U.S.C. § 101(44))
   - [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - [ ] None of the above

   B. *Check all that apply:*
   - [ ] Tax-exempt entity (as described in 26 U.S.C. § 501)
   - [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - [ ] Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   _5313_ ___ ___

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - [ ] Chapter 7
   - [ ] Chapter 9
   - [X] Chapter 11. *Check **all** that apply*:
     - [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
     - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - [ ] A plan is being filed with this petition.
     - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - [ ] Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   - [X] No
   - [ ] Yes.  District _____ When _____ Case number _____
                                                        MM / DD / YYYY
            District _____ When _____ Case number _____
                                                        MM / DD / YYYY

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page **2**

Debtor   __DANNY 39TH AVENUE LLC.__                             Case number (*if known*)_____
               Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No

☐ Yes. Debtor _____ Relationship _____
       District _____ When ____/____/_____
                                                                                               MM / DD / YYYY
       Case number, if known _____

List all cases. If more than 1, attach a separate list.

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                               Number     Street

_____
_____    _____ _____
City                                        State ZIP Code

**Is the property insured?**

☐ No

☒ Yes. Insurance agency _____
      Contact name _____
      Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49         ☐ 1,000-5,000         ☐ 25,001-50,000
☐ 50-99       ☐ 5,001-10,000       ☐ 50,001-100,000
☐ 100-199     ☐ 10,001-25,000     ☐ More than 100,000
☐ 200-999

---

Debtor ___DANNY 39TH AVENUE LLC._____  Case number (*if known*)_____
      Name

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___01/13/2025___
                MM / DD / YYYY

✘ ___/S/ CELIS D. ALTAMIRANO_____  ___CELIS D. ALTAMIRANO_____
   Signature of authorized representative of debtor     Printed name

Title ___MEMBER_____

**18. Signature of attorney**

✘ ___/S/ JOSHUA REID BRONSTEIN ESQ.___  Date ___1/13/2025___
   Signature of attorney for debtor                                 MM / DD / YYYY

___JOSHUA REID BRONSTEIN ESQ._____
Printed name
___Joshua R. Bronstein & Associates, PLLC_____
Firm name
___114 Soundview Drive_____
Number   Street
___Port Washington,_____  ___NY___  ___11050___
City                                     State      ZIP Code
___Tel 516-698-0202 Fax. 516-791-3470___  ___Email jbrons5@yahoo.com___
Contact phone                                          Email address

___4178687___  ___NY___
Bar number             State