**Fill in this information to identify the case:**

Debtor name ___DANNY 39TH AVENUE LLC._____

United States Bankruptcy Court for the:____EASTERN_____ District of __NY____
<br>(State)

Case number (If known):   _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*...........................................................................................................
    $ 150,000.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..........................................................................................................
    $ 0

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................................................
    $ 150,000.00

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..............................................
    $ 1,350,000.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F* ......................................................................
    $ 0

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* .........................................................
    + $ 7,000.00

4. **Total liabilities**.........................................................................................................................................
    Lines 2 + 3a + 3b
    $ 1,357,000.00